66

ART LEHDE, Claimant, *vs.* STATE OF ILLINOIS,
SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed September 5, 1973.*

ART LEHDE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G.
OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

ST. MARY HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed September 5, 1973.*

ST. MARY HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER,
Assistant Attorney General, for Respondent.

PER CURIAM.